UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KEVIN D. CLANTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:20-CV-46-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES defendant's objection to the M&R [D.E. 36], OVERRULES plaintiff's objections to the M&R [D.E. 37], ADOPTS the conclusions in the M&R [D.E. 33], GRANTS plaintiff's motion for judgment on the pleadings [D.E. 25], DENIES defendant's motion for judgment on the pleadings [D.E. 30], and REMANDS the action to the Commissioner for further
consideration consistent with the M&R and this order.

**This Judgment Filed and Entered on August 17, 2021, and Copies To:**
| | |
|---|---|
| Michael W. Bertics | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:
August 17, 2021

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk