IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:20-CV-00046-D

| | |
|---|---|
| KEVIN CLANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | MOTION FOR |
| MARTIN O'MALLEY, ) | ATTORNEY FEES PURSUANT |
| ACTING COMMISSIONER OF ) | TO 42 U.S.C. §406(b) |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Plaintiff's counsel files a motion for approval of attorney's fees under section 406(b) of the Social Security Act, 42 U.S.C. ' 406(b), in the amount of $34,908.00. Attorney's fees under section 406(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. ' 406(b).

Defendant filed a response stating that, under Gisbrecht v. Barnhardt, 535 U.S. 789, 122 S. Ct. 1817 (2002), it is the duty of the Court to determine a reasonable fee.

IT IS HEREBY ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. ' 406(b) in the amount of $34,908.00.

SO ORDERED. This the 28 day of February, 2024.

JAMES C. DEVER III
United States District Judge