UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KEVIN D. CLANTON,            )
                             )
         Plaintiff,          )    **JUDGMENT IN A CIVIL CASE**
                             )    **CASE NO. 4:20-CV-46–D**
    v.                       )
                             )
                             )
MARTIN O'MALLEY,             )
Acting Commissioner of Social Security,  )
                             )
         Defendant.          )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. 406(b) in the amount of $34,908.00.

**This Judgment Filed and Entered on February 28, 2024, and Copies To:**
Michael W. Bertics            (via CM/ECF electronic notification)
Cassia W. Parson              (via CM/ECF electronic notification)
Wanda D. Mason                (via CM/ECF electronic notification)

DATE:                         PETER A. MOORE, JR., CLERK
February 28, 2024             (By) /s/ Stephanie Mann
                                  Deputy Clerk